

# Fourth Court of Appeals
## San Antonio, Texas

October 09, 2013

No. 04-13-00481-CR

Terry Shawn **LINVILLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 66th District Court, Hill County, Texas
Trial Court No. 37,777
Honorable F.B. (Bob) McGregor, Jr., Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file its response is GRANTED. Time is extended to October 29, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2013.

_____
Keith E. Hottle
Clerk of Court